# THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APOGEE, INC.<br>1405 Pioneer Street<br>Brea, CA 92821,<br>                Plaintiff,<br>       vs.<br><br>DIGITAL CONTENT PROTECTION, L.L.C.<br>3855 SW 153rd Drive<br>Beaverton, OR 97006; and<br><br>WARNER BROS. ENTERTAINMENT INC.,<br>One Time Warner Center<br>New York, NY 10019<br>                Defendants. | Civil Action No.:<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiff alleges:

1. Plaintiff APOGEE, INC. is and was at all times mentioned herein, a corporation incorporated under the laws of California with its principal place of business in California.

2. Defendant DIGITAL CONTENT PROTECTION, L.L.C. (DCP) is a

corporation incorporated under the laws of the State of Delaware.

3. Defendant WARNER BROS. ENTERTAINMENT INC. (Warner Bros.) is a corporation incorporated under the laws of the State of Delaware.

4. This action arises under a federal statute, 17 U.S.C. § 1201 et seq., known as "Digital Millennium Copyright Act."

5. Plaintiff offers to public the following devices (collectively "Devices"):

a. KanexPro HDMI to Component Converter with Audio ("Device A")

b. KanexPro HDMI to Composite Converter ("Device B")

c. KanexPro HDMI to VGA with Audio Converter ("Device C")

d. Kanex ATVPRO AirPlay Mirroring for VGA Projector ("Device D")

6. HDMI (High-Definition Multimedia Interface) is a compact audio/video interface for transferring uncompressed video data and compressed/uncompressed digital audio data from a HDMI-compliant device ("the source device") to a compatible computer monitor, video projector, digital television, or digital audio device. HDMI is a digital replacement for existing analog video standards.

7. Device A converts the HDMI input signal from a device like iPad into component signal with R+L audio. Device A's typical use is for legacy home-theater equipment that need the transformation from HDMI sources.

8. Device B is engineered to transform HDMI signals into analog composite video with R/L audio. It allows a user to connect a High Definition source such as Apple

TV, Blu-ray players or, PC and game consoles to an analog CRT TV or an old projector that does not have HDMI port.

9. Device C connects a High Definition source such as Apple TV@, DVD and Blu-ray players or, PC and game consoles to a VGA enabled display with 2-channel stereo audio. Its main feature is that it converts HDMI signals into VGA with stereo audio.

10. Device D allows a VGA projector to use Apple Airplay mirroring from an iPad to Apple TV.

11. DCP is the exclusive licensor of a proprietary technology for high bandwidth digital content protection (HDCP), which enables protected interoperable video connections between digital products such as settop boxes, video disc players, and displays in home entertainment systems. HDCP is widely licensed to makers of such digital products.

12. Warner Bros. owns copyrights in various works that are transmitted using HDCP technology.

13. The HDCP technology does not require any authentication process such a password.

14. On February 26, 2013, Defendants sent a letter to Plaintiff alleging that Plaintiff's Devices violate the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 1201 et seq.

15. Defendants have also sent letters to Plaintiff's vendors and business partners threatening them with violation of the DMCA for selling Plaintiff's product.

16. Plaintiff denies that the Devices violate the DMCA.

17. An actual controversy has arisen between the parties regarding whether Plaintiff's offering the Devices for sale violates the DMCA.

WHEREFORE, Plaintiff prays judgment against Defendants as follows:

1. For a declaration of plaintiff's rights under the Policy;

2. For cost of suit incurred herein, including attorney fees;

3. For such other and further relief as the court may deem proper.

Dated:  December 2, 2013                                          JAFARI LAW GROUP, INC.


   /s/David Jafari_____
David V. Jafari, California Bar #207881, D.C. Bar # 481024
JAFARI LAW GROUP, INC.
120 Vantis Drive, Suite 430
Aliso Viejo, California, 92656
Telephone: (949) 362-0100
Facsimile: (949) 362-0101
djafari@jafarilawgroup.com

Attorney for Plaintiff
APOGEE, INC.